# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dakota Gasification Company, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Sure Steel, Inc., | ) |
| Defendant, | ) |
| AND | ) |
| Sure Steel, Inc., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-226 |
| Robertson-Ceco II Corporation, d/b/a Garco Building Systems, Steel Concepts LLC, and Rice Lake Contracting Corp., d/b/a Rice Lake Construction Group, | ) |
| Third-Party Defendants. | ) |

Before the court is a Joint Motion to Amend Scheduling Order filed by the parties on June 20, 2019. The motion (Doc. No. 41) is **GRANTED** and scheduling order is amended as follows:

1. The parties shall have until October 31, 2019 to complete fact discovery and to file discovery motions.

2. Plaintiff shall serve its Rule 26(a)(2) disclosures on or before December 2, 2019.

3. Defendant shall serve its Rule 26(a)(2) disclosures on or before January 3, 2020.

4. Third Party Defendants shall serve their Rule 26(a)(2) disclosures on or before February 3, 2020.

1

5. The parties shall have until March 13, 2020 to complete discovery depositions of expert witnesses.

6 The parties shall have until December 2, 2019 to file other nondispositive motions (e.g., consolidation, bifurcation).

**IT IS SO ORDERED.**

Dated this 24th day of June, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court