# IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dakota Gasification Company, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs | ) |
| | ). |
| Sure Steel, Inc. | ) |
| Defendant, | ) |
| AND | ) |
| Sure Steel, Inc., | ) |
| Third-Party Plaintiff, | ) |
| | ) Case No. 1:18-cv-226 |
| vs. | ) |
| Robertson-Ceco II Corporation, d/b/a Garco Building Systems, Steel Concepts LLC, and Rice Lake Contracting Corp., d/b/a Rice Lake Construction Group, | ) |
| Third-Party Defendants. | ) |

On October 30, 2019, the parties filed a Joint Motion to Amend Scheduling Order and Stipulation to Amend Scheduling Order. The court **GRANTS** the motion (Doc. No. 66) and **ADOPTS** the stipulation (Doc. No. 67). The parties shall have until July 31, 2020 to complete depositions of Expert Witnesses.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court