# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dakota Gasification Company, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Sure Steel, Inc., | ) | |
| Defendant, | ) | Case No. 1:18-cv-226 |
| AND | ) | |
| Sure Steel, Inc., | ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| Robertson-Ceco Corporation, d/b/a Garco Building Systems, Steel Concepts, LLC, and Rice Lake Contracting Corporation, d/b/a Rice Lake Construction Group, | ) | |
| Third-Party Defendants. | ) | |

Before the court is a Motion to Amend Scheduling Order filed by defendant/third-party plaintiff on February 24, 2020. Neither plaintiff nor third-party defendants have filed a response in opposition to the motion. D.N.D. Civ. L.R. 7.1(F) ("An adverse party's failure to serve and file a response to a motion may be deemed an admission that the motion is well taken.").

Defendant's motion (Doc. No. 76) is **GRANTED**. The pretrial deadlines shall be amended as follows:

1. The parties shall have until May 31, 2020, to complete fact discovery and file

1

discovery motions.

2. The deadlines for disclosing the names of expert witnesses and reports are as follows:

   a. Plaintiff: June 30, 2020;

   b. Defendant/Third-Party Plaintiff: July 31, 2020; and

   c. Third-Party Defendants: August 31, 2020.

3. Depositions of expert witnesses shall be completed by September 30, 2020.

4. The parties shall have until October 9, 2020, to file other nondispositive motions (e.g., consolidation, bifurcation).

5. The parties shall have until October 30, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court